IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO TORRES GARCIA, | ) | 1:11at00733 |
| | ) | |
| | ) | ORDER TO SUBMIT COMPLETE |
| | ) | APPLICATION TO PROCEED IN |
| Plaintiff, | ) | FORMA PAUPERIS |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On November 21, 2011, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. Plaintiff also filed an application to proceed in forma pauperis. The application, however, was not complete. Plaintiff did not provide information regarding whether or not he has any cash or checking or savings accounts and, if so, the total amount.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty (20) days of the date of service of this order.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **December 5, 2011**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1